# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0823
Lower Tribunal No. 19-19121
_____


**Mayza Rodriguez,**
Appellant,

vs.

**Two One Plaza, LLC, etc., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Neil Rose (Hollywood); Jose M. Francisco, P.A., and Jose M. Francisco, for appellant.

Quintairos, Prieto, Wood & Boyer, P.A., and Chanelle Artiles, Michelle D. Cofiño and Reginald J. Clyne, for appellees.


Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.